1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11  ELENA ALVAREZ,              )      1:05-cv-00898-OWW-SMS
                                )
12              Plaintiff,      )
                                )
13      v.                      )      **ORDER TO SHOW CAUSE WHY THE**
                                )      **ACTION SHOULD NOT BE**
14  JO ANNE B. BARNHART,        )      **DISMISSED FOR PLAINTIFF'S**
    Commissioner of Social      )      **FAILURE TO EFFECT TIMELY**
15  Security,                   )      **SERVICE** (Doc. 5)
                                )
16              Defendant.      )
    ────────────────────────────)
17

18      Plaintiff is represented by counsel and seeks judicial

19  review of a final decision of the Commissioner of Social Security

20  denying an application for disability benefits.  The matter has

21  been referred to the Magistrate Judge pursuant to 28 U.S.C.

22  § 636(b) and Local Rule 72-302(c)(15).

23      On July 11, 2005, a Scheduling Order issued directing

24  plaintiff to serve the summons, complaint, and other documents

25  upon defendant within twenty (20) days.  More than twenty days

26  have passed and, to date, plaintiff has neither filed a proof of

27  service nor sought an extension of time.

28  //

                                 1

A failure to comply with an order of the Court may result in sanctions, including dismissal, pursuant to the inherent power of the Court or the Federal Rules of Civil Procedure. Fed. R. Civ. P. 41(b), 11; Local Rule 11-110; Chambers v. NASCO, Inc., 501 U.S. 31, 42-43 (1991). Plaintiff's failure to timely serve defendant may result in dismissal of this action.

Accordingly, it is HEREBY ORDERED that:

1. On or before August 22, 2005, plaintiff shall show cause, in writing, why this action should not be dismissed for failure to serve defendant by the service deadline of July 31, 2005, and for failure to obey the Court's order directing service by that time; and,

2. Plaintiff is forewarned that failure to respond to this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

**Dated:   August 8, 2005**             **/s/ Sandra M. Snyder**
icido3                           UNITED STATES MAGISTRATE JUDGE