UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ELENA F. ALVAREZ, | ) | 1:05-cv-00898-OWW-SMS |
| | ) | |
| Plaintiff, | ) | **ORDER DISCHARGING ORDER** |
| | ) | **TO SHOW CAUSE** (Doc. 7) |
| v. | ) | |
| | ) | **ORDER DIRECTING PLAINTIFF** |
| JO ANNE B. BARNHART, | ) | **TO FILE COMPLETE PROOFS OF** |
| Commissioner of Social | ) | **SERVICE OR A STATUS REPORT** |
| Security, | ) | **RE: SERVICE BY 9/15/05** |
| | ) | |
| Defendant. | ) | |

Plaintiff is represented by counsel and seeks judicial review of a final decision of the Commissioner of Social Security denying an application for disability benefits.  The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rule 72-302(c)(15).

On August 9, 2005, the Court issued an order requiring plaintiff to show cause why this action should not be dismissed for failure to timely serve defendant.  On August 10, 2005, plaintiff filed a response, in writing, to the Court's Order to Show Cause wherein, "Counsel will immediately serve defendants with the complaint, summons, and documents . . . and will immediately file with court proof of service."

1

Accordingly, it is HEREBY ORDERED that:

1. The Court's Order to Show Cause issued on August 9, 2005 is DISCHARGED;

2. Plaintiff is DIRECTED to file either proofs of service, including original certified mail cards, demonstrating complete service, OR a status report explaining why service is not complete, on or before September 15, 2005; and,

3. Plaintiff is informed that failure to respond to this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

**Dated:   August 29, 2005**                        **/s/ Sandra M. Snyder**
icido3                                                                    UNITED STATES MAGISTRATE JUDGE