1  McGREGOR W. SCOTT
   United States Attorney
2  KRISTI C. KAPETAN
   Assistant U.S. Attorney
3  2500 Tulare St., Ste. 4401
   Fresno, CA 93721
   Telephone No: (559) 497-4036
4
   Attorneys for Defendant
5

6          IN THE UNITED STATES DISTRICT COURT FOR THE

7                EASTERN DISTRICT OF CALIFORNIA

8

   ELENA F. ALVAREZ,              )      1:05-CV-00898 SMS
9                                 )
                  Plaintiff,      )      STIPULATION AND ORDER TO
10                                )      EXTEND TIME
                     v.           )
11                                )
   JO ANNE B. BARNHART,           )
   Commissioner of Social         )
12 Security,                      )
                  Defendant.      )
13 _____  )

14
        The parties, through their respective counsel, stipulate
15
   that the time for filing defendant's response to plaintiff's
16
   amended opening brief be extended from April 4, 2006 to May 4,
17
   2006.
18 ///

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25
                                  1

1       This is defendant's first request for an extension of time

2  to file a response to plaintiff's amended opening brief.

3  Defendant needs the additional time to further review the file

4  and prepare a response in this matter.

5                                  Respectfully submitted,

6

7  Dated:  March 31, 2006        /s/ James A. Yoro
                                 (As authorized via facsimile)
                                 JAMES A. YORO
8                                Attorney for Plaintiff

9
   Dated:  March 31, 2006        McGREGOR W. SCOTT
                                 United States Attorney
10

11
                                 /s/ Kristi C. Kapetan
                                 KRISTI C. KAPETAN
12                               Assistant U.S. Attorney

13

   IT IS SO ORDERED:
14

15
   DATED: 4/3/2006

16
                                  /s/ Sandra M. Snyder
                                 THE HONORABLE SANDRA M. SNYDER
17                               United States Magistrate Judge

18

19

20

21

22

23

24

25
                                 2