McGREGOR W. SCOTT
United States Attorney
KRISTI C. KAPETAN
Assistant U.S. Attorney
Federal Building
2500 Tulare St., Ste 4401
Fresno, California 93721
Telephone: (559) 497-4036

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ELENA F. ALVAREZ, | ) | 1:05-cv-0898 SMS |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | FOR REMAND PURSUANT TO |
| | ) | SENTENCE FOUR OF 42 U.S.C. |
| JO ANNE B. BARNHART, | ) | § 405(g), and |
| Commissioner of Social | ) | |
| Security, | ) | REQUEST FOR ENTRY OF JUDGMENT |
| | ) | IN FAVOR OF PLAINTIFF AND |
| Defendant. | ) | AGAINST DEFENDANT |
| _____ | ) | |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that this action be remanded to the Commissioner of Social Security for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence four.

On remand, the Appeals Counsel will instruct an Administrative Law Judge ("ALJ")to recontact Carlos Alvarez, M.D., and request a medical source statement as to the limitations caused by Plaintiff's impairments and the duration of such limitations. The ALJ will also update the record, offer Plaintiff a new hearing, and properly consider the augmented record.

1 | The parties further request that the Clerk of the Court be
2 | directed to enter a final judgment in favor of plaintiff and against
3 | defendant, Jo Ann B. Barnhart, Commissioner of Social Security,
4 | reversing the final decision of the Commissioner.

Respectfully submitted,

Dated: April 10, 2006     /s/ James A. Yoro
                          (As authorized via facsimile)
                          JAMES A. YORO
                          Attorney for Plaintiff

Dated: April 10, 2006     McGREGOR W. SCOTT
                          United States Attorney

                          /s/ Kristi C. Kapetan
                          KRISTI C. KAPETAN
                          Assistant U.S. Attorney

IT IS SO ORDERED.

**Dated:   April 18, 2006**           **/s/ Sandra M. Snyder**
icido3                          UNITED STATES MAGISTRATE JUDGE